**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-440(3)  RHK/AJB |
| Plaintiff, | |
| v. | **ORDER** |
| CANDIDO CARRETERO-LINARES, | |
| Defendant. | |

Andrew R. Winter, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Steve L. Bergeson, Esq., for defendant, Candido Carretero-Linares.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 22, 2007, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Candido Carretero-Linares' Motion for Severance is **denied**  [Docket No. 55].

Dated:    3/9/07

　　　　　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　　　Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Court Judge