## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 06-440 (3) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Candido Carretero-Linares, | |
| Defendant. | |

---

Defendant's Motion to Extend Deadline to Respond to Presentence Report to June 25, 2007 is **GRANTED**.

Dated: June 7, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge